# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:24-CV-01667-SDM-UAM

Ronald Lee, II, and Proven,
Industries, Inc.,

      Plaintiffs,

-vs-

Pacific Lock Company, a/k/a
Paclock, and Gregory B. Waugh,

      Defendants.
_____/

VIDEOTAPED DEPOSITION OF THE CORPORATE REPRESENTATIVE OF
PROVEN INDUSTRIES, INC.

WITNESS: RONALD LEE, II
DATE:    Thursday, April 17, 2025
TIME:    9:36 a.m. - 4:52 p.m.

Johnson Pope, et al.
400 North Ashley Drive, Suite 3100
Tampa, Florida

Stenographically Reported By:
Joanne Caudill, FPR
Florida Professional Reporter

Ronald Lee, II
April 17, 2025

```
 1                         APPEARANCES

 2


 3    On behalf of the Plaintiffs:
           JOHNSON POPE, ET AL
 4         400 North Ashley Drive
           Suite 3100
 5         Tampa, Florida 33602
           FRANKJ@JPFIRM.COM
 6         BY: FRANK R. JAKES, ESQUIRE


 7
      On behalf of the Defendants:
 8         FEE & JEFFRIES, P.A.
           1227 North Franklin Street
 9         Tampa, Florida 33602
           RFEE@FEEJEFFRIES.COM
10         BY: RICHARD FEE, ESQUIRE

11    Also Present:

12         Rick Spector, Videographer
           Greg Waugh
13

14                          -  -  -

15

16

17

18

19

20

21

22

23

24

25
```

                                  Ronald Lee, II
                                  April 17, 2025

```
 1        A.    Yeah.  That's one of the trademarks, yeah.
 2        Q.    Okay.  What's the official name of GusHill?
 3        A.    GusHill Industries LLC.
 4        Q.    Does GusHill Industries LLC operate out of any
 5   of the addresses you gave?
 6        A.    I mean, technically, yeah.  But at what
 7   capacity because it's a product.  It's like a -- that
 8   product line we don't manufacture.  We maybe manufacture
 9   a couple products, but it's more of a product we import
10   and -- off our design.  So it's maybe in 111, 112 for,
11   like, storage.
12        Q.    And where does Proven Industries import the
13   GusHill product from?
14        A.    From China.
15        Q.    Anyplace else?
16        A.    I don't believe so.
17        Q.    All right.  And how about Proven Industries,
18   does Proven Industries import any product from outside
19   the United States?
20        A.    Yeah.  Our lock cylinders.
21        Q.    The -- could you describe for those of us who
22   aren't in the lock industry what a lock cylinder is?
23        A.    It's a cylinder that has a locking me- --
24   mechanism in it that you use a key to unlock.
25        Q.    So if -- if I was to envision a typical padlock
```

Ronald Lee, II
April 17, 2025

1  where it has the U-shaped closure and then it also has,
2  in a rather typical format, a square-ish-shaped block and
3  then there's on the bottom of some of them a place to
4  insert a key, is the cylinder the part that the key gets
5  inserted into?
6       A.   Yeah, that -- I think that sounds fair.
7       Q.   Okay.  Is that what you meant by cylinder?
8       A.   Correct.  Yeah.
9       Q.   Okay.  And does Proven Industries import all
10  its cylinders --
11      A.   No.
12      Q.   -- from China?
13      A.   Oh.  No.
14      Q.   Go ahead.
15      A.   No, we don't.
16      Q.   What percentage of the cylinders that Proven
17  Industries uses on its products are imported from China?
18      A.   I'd feel comfortable around the 90 percent are
19  imported.
20      Q.   Where does Proven Industries obtain the other
21  approximate 10 percent of cylinders?
22      A.   Well, actually, I might have misspoke here.
23           So Proven Industries, I want to say we
24  personally, under Dynamic Manufacturing, import
25  approximately 50 percent of our cylinders that we use,

1  and then we have a vendor, which is -- that makes up for
2  the other 50 percent -- I'm saying approximately here.
3  It might be plus or minus.  But that's kind of close --
4  close to where it's at.  And they import from China as
5  well, and then they also are like a distributor of the
6  cyl- -- other -- the cylinders that are from, I guess,
7  Finland and some that are made domestically.
8       Q.   And what is the name of that vendor that you
9  referenced?
10      A.   LSI.
11      Q.   Is there -- does LSI go by any other name?
12      A.   I don't know.  They have like -- they have
13 their own brand, Cobra.
14      Q.   Okay.  But it's not known -- LSI is not an
15 acronym for something as far as you know?
16      A.   Well, I thinks it's Lock -- Locking System
17 Incorporated.
18      Q.   Ah.
19      A.   Yeah.
20      Q.   Okay.
21      A.   Sorry.
22      Q.   Other than Proven Industries and Dynamic
23 Manufacturing, do any other businesses operate out of the
24 addresses you gave for Proven Industries?
25      A.   We did have -- because of our manufacturing