
# EXHIBIT E

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Ronald Lee, II, and Proven,
Industries, Inc.,

       Plaintiffs,                             Case No.: 8:24-cv-01667-SDM-UAM

v.

Pacific Lock Company a/k/a Paclock
and Gregory B. Waugh,

       Defendants.
_____/

## DECLARATION OF PETER GANJIAN

Pursuant to 28 U.S.C. § 1746, I, Peter Ganjian, state under penalty of perjury that the following is true:

1.    I am over the age of 18, sui juris, and make this declaration of my own personal knowledge.

2.    I am personally familiar with the facts set forth in this Declaration and, if called upon to testify as a witness in the instant action, I could and would be able to competently testify as to the facts herein.

3.    I have reviewed the allegations in paragraph 71 of Count IV of the Complaint in this case.

4.    Paragraph 71 of the Complaint, which is part of Count IV, falsely asserts that Defendants, Pacific Lock Company and Gregory B. Waugh, demanded that I

cease representing Plaintiffs, Ronald Lee, II and Proven Industries, Inc., in my capacity as a patent agent.

5. Neither Mr. Waugh, Pacific Lock Company, nor anyone else ever demanded, requested, or even suggested that I cease representing Mr. Lee or Proven Industries, Inc.

6. The decision to terminate my representation as a patent agent of Mr. Lee or Proven Industries, Inc. was entirely my own and was not, in any way, influenced by anyone else.

7. I never communicated or otherwise indicated to Mr. Lee or Proven Industries, Inc. that my decision to terminate my representation of them resulted from any demand or request from Mr. Waugh, Pacific Lock Company, or anyone else.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles County, Montrose, California, this 31st day of July, 2024.

_____
Peter Ganjian