# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

Pacific Lock Company,
a/k/a PacLock,

            CASE NO.: 8:25-CV-01887-WFJ-TGW

    Plaintiff,

v.

Proven Industries, Inc., and
Ronald Lee, II,

    Defendants.
_____/

## NOTICE OF DESIGNATION OF LEAD TRIAL COUNSEL

Pursuant to Local Rule 2.02(a), Richard E. Fee of Fee & Jeffries, P.A. is hereby

designated as lead trial counsel for Plaintiff, Pacific Lock Company a/k/a PacLock,

in the above-captioned case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2025, I filed a true and accurate copy of the

foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ *Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com
valeshire@feejeffries.com

*Attorneys for Plaintiff,*
*Pacific Lock Company a/k/a PacLock*