# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| PACIFIC LOCK COMPANY, a/k/a PACLOCK,<br>  Plaintiff,<br><br>v.<br><br>PROVEN INDUSTRIES, INC., and RONALD LEE, II,<br>  Defendants. | Case No.: 8:25-cv-01887 |

## VOLUNTARY WAIVER OF SERVICE OF SUMMONS

TO: Counsel for Plaintiff

Richard E. Fee
Kathleen M. Wade
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the undersigned, on behalf of Proven Industries, Inc., hereby waives formal service of a summons and complaint in the above-captioned action.

I understand that:

1. Proven Industries, Inc. will retain all defenses or objections to the lawsuit, the court's jurisdiction, or venue of the action, but waives any objections to the absence of a summons or formal service.

1

2. By waiving service, Proven Industries, Inc. will have 60 days from the date this signed waiver is delivered to Plaintiff or Plaintiff's counsel to file an answer or otherwise respond to the complaint.

3. I acknowledge that by executing this waiver without being formally served, Proven Industries, Inc. avoids potential liability for the costs of formal service under Rule 4(d)(2).

Date: July 22, 2025

PROVEN INDUSTRIES, INC.

By: _____

Ronald Lee, II
President of
Proven Industries, Inc.