# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| PACIFIC LOCK COMPANY, a/k/a PACLOCK, <br>    Plaintiff, <br><br> v. <br><br> PROVEN INDUSTRIES, INC., and RONALD LEE, II, <br>    Defendants. | Case No.: 8:25-cv-01887 |

## **VOLUNTARY WAIVER OF SERVICE OF SUMMONS**

TO: Counsel for Plaintiff

Richard E. Fee
Kathleen M. Wade
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602

     I, Ronald Lee, II, defendant in the above-captioned matter, voluntarily and knowingly waive formal service of a summons and a copy of the complaint pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, even though Plaintiff did not request such waiver.

     In executing this waiver, I understand and agree as follows:

1. I am not waiving any defenses or objections to this lawsuit, including but not limited to defenses related to personal jurisdiction, venue, or the merits of the claims asserted.

2. By waiving service, I understand that I will have 60 days from the date this signed waiver is delivered to Plaintiff or Plaintiff's counsel to file an answer or otherwise respond to the complaint.

3. I acknowledge that by executing this waiver without being formally served, I avoid potential liability for the costs of formal service under Rule 4(d)(2).

Date: July 22, 2025

Signed: _____

Ronald Lee, II