## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| Pacific Lock Company, a/k/a PacLock, **Plaintiff,** v. Proven Industries, Inc., and Ronald Lee, II, **Defendants.** | CASE NO.: 8:25-cv-01887 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark J. Young of MARK YOUNG, P.A., hereby enters his appearance as counsel for Defendants, Proven Industries, Inc., and Ronald Lee, II, in the above-styled action. All further pleadings, papers, and communications in this case should be served upon the undersigned.

Respectfully submitted,

/s/ Mark J. Young

Mark J. Young
Lead Trial Counsel for Defendants, Proven Industries, Inc., and Ronald Lee, II
Florida Bar No. 0078158

MARK YOUNG, P.A.
1638 Camden Avenue
Jacksonville, FL 32207
Tel.: (904) 996-8099
Email: myoung@myoungpa.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of July, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

/s/ Mark J. Young

Mark J. Young