**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| Pacific Lock Company, a/k/a PacLock, **Plaintiff,** v. Proven Industries, Inc., and Ronald Lee, II, **Defendants.** | **CASE NO.: 8:25-cv-01887** |

# DEFENDANT RONALD LEE, II'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Defendant Ronald Lee, II, by and through his undersigned counsel, hereby submits this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

## I. Nongovernmental Corporate Party Disclosure (Federal Rule of Civil Procedure 7.1(a)(1))

Defendant Ronald Lee, II, is an individual and not a nongovernmental corporate party. Therefore, Federal Rule of Civil Procedure 7.1(a)(1) is not applicable to him.

1

## II. Diversity Case Disclosure (Federal Rule of Civil Procedure 7.1(a)(2))

Jurisdiction in this action is based on federal question jurisdiction under 15 U.S.C. § 1125(a) (Lanham Act) and 28 U.S.C. § 1331, not solely on diversity of citizenship under 28 U.S.C. § 1332(a). Therefore, this provision is not applicable to this action.

## III. Time to File; Supplemental Filing (Federal Rule of Civil Procedure 7.1(b))

Ronald Lee, II, files this Disclosure Statement with his first appearance in this action. Ronald Lee, II, will promptly file a supplemental statement if any required information changes.

September 12, 2025

Respectfully submitted,

| | |
|---|---|
| Mark Young | s/ Mark J. Young |
| MARK YOUNG, P.A. | Mark J. Young |
| 1638 Camden Avenue | Lead Counsel |
| Jacksonville, FL 32207 | Fla. Bar No. 0078158 |
| Tel.: 904-996-8099 | myoung@myoungpa.com |
| Attorney for Defendants | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I electronically filed the foregoing DEFENDANT RONALD LEE'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03 with the

Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the counsel of record for Defendant.

s/ Mark Young
MARK YOUNG, P.A.
1638 Camden Avenue
Jacksonville, FL 32207
Tel.: 904-996-8099
Attorney for Defendants