UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Pacific Lock Company,
a/k/a PacLock,

      Plaintiff,

CASE NO.: 8:25-CV-01887-WFJ-TGW

v.

Proven Industries, Inc., and
Ronald Lee, II,

      Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07, I certify that the instant action:

**__X__ IS**   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Ronald Lee, II and Proven Industries, Inc. v. Pacific Lock Company a/k/a PACLOCK and Gregory B. Waugh*, Case No. 8:24-cv-01667-JSM-UAM (M.D. Fla.) (Pending).

**_____ IS NOT**   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: October 27, 2025

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 27, 2025, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Mark J. Young (myoung@myoungpa.com; myoungpa@gmail.com), MARK YOUNG, P.A., 1638 Camden Ave., Jacksonville, Florida 32207.

/s/ *Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com
valeshire@feejeffries.com

*Lead Trial Counsel for Plaintiff,*
*Pacific Lock Company, a/k/k PacLock*