UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Pacific Lock Company,
a/k/a PacLock,

        CASE NO.: 8:25-cv-01887-WFJ-TGW

    Plaintiff,

v.

Proven Industries, Inc., and
Ronald Lee, II,

    Defendants.
_____/

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 (a)(1)(A)(2), Federal Rules of Civil Procedure, Plaintiff Pacific Lock Company, a/k/a PacLock, and Defendants, Proven Industries, Inc. and Ronald Lee, II, jointly stipulate to the dismissal of this lawsuit with prejudice, with each side to bear their own respective costs, fees and expenses.

Respectfully Submitted,

| | |
|---|---|
| */s/ Richard E. Fee* | */s/ Mark Young* |
| Richard E. Fee | Mark Young |
| Florida Bar No. 813680 | Florida Bar No. 78158 |
| Kathleen M. Wade | MARK YOUNG, P.A. |
| Florida Bar No. 127965 | 1638 Camden Ave |
| FEE & JEFFRIES, P.A. | Jacksonville, FL 32207 |
| 1227 N. Franklin Street | (904) 996-8099 |
| Tampa, Florida 33602 | myoung@myoungpa.com |
| (813) 229-8008 | |
| rfee@feejeffries.com | *Attorney for Defendants,* |
| kwade@feejeffries.com | *Proven Industries, Inc., and* |
| | *Ronald Lee, II* |
| *Attorneys for Plaintiff,* | |
| *Pacific Lock Company a/k/a PacLock* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 21, 2025, I filed a true and accurate copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Mark J. Young (myoung@myoungpa.com), MARK YOUNG, P.A., 1638 Camden Ave., Jacksonville, Florida 32207.

*/s/ Richard E. Fee*
Richard E. Fee
Florida Bar No. 813680
Kathleen M. Wade
Florida Bar No. 127965
FEE & JEFFRIES, P.A.
1227 N. Franklin Street
Tampa, Florida 33602
(813) 229-8008
(813) 229-0046 (Facsimile)
rfee@feejeffries.com
kwade@feejeffries.com
bszabo@feejeffries.com
valeshire@feejeffries.com

*Lead Trial Counsel for Plaintiff,*
*Pacific Lock Company, a/k/k PacLock*